UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Leonard C. Glenn, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 07 2195 |
| ) | |
| Shelia C. Bair, ) | |
| Chairman, . ) | |
| Federal Deposit Insurance Corp. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as lead counsel for defendant pursuant to L.CvR 83.2(e). I am employed as an attorney by the Federal Deposit Insurance Corporation, an agency of the United States, and I am a member in good standing of the bar of the District of Columbia.

December 14, 2007                                   Respectfully submitted,


                                                                    /S/_____

                                                                    Patricia Davison-Lewis
                                                                    Counsel
                                                                    DC Bar No. 414378
                                                                    3501 Fairfax Drive, Room VS-E6010
                                                                    Arlington, VA  22226
                                                                    703-562-2315 (office)
                                                                    703-562-2468 (fax)
                                                                    Pdavison-lewis@fdic.gov

## LCvR 83.2(j) CERTIFICATION

I hereby certify that I am personally familiar with the provisions of Title 28, United States Code, which pertain to the jurisdiction and practice in the United States District Courts, with the Federal Rules of Civil Procedure, the Rules of the United States Court for the District of Columbia, the Rules of Professional Conduct adopted by the District of Columbia Court of Appeals, and will faithfully adhere thereto, and the District of Columbia Bar Voluntary Standards for Civility in Professional Conduct.

/S/_____
Patricia Davison-Lewis

December 14, 2007