UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

Leonard C. Glenn,                              )
                                               )
    Plaintiff,                              )
                                               )
       v.                                )    Civil Action Number: 07 2195
                                               )
Shelia C. Bair, Chairman, FEDERAL              )
DEPOSIT INSURANCE CORPORATION,                 )
and the FEDERAL DEPOSIT                         )
INSURANCE CORPORATION,                          )
                                               )
    Defendant.                              )
_____ )

### NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for plaintiff, Leonard C. Glenn,

pursuant to L.CvR 83.2(a).  I am a partner at the law firm of Woodley &

McGillivary, 1125 15th Street, N.W., Suite 400, Washington, D.C. 20005, and I

have been a member in good standing of the bar of this Court since 1999.


January 3, 2008                          Respectfully Submitted,



                                         /s/ Molly A. Elkin_____

                                         Molly A. Elkin
                                         Counsel
                                         DC Bar No. 450295
                                         Woodley & McGillivary
                                         1125 15th Street, NW
                                         Suite 400
                                         Washington, DC  20005
                                         202-833-8855 (office)
                                         202-452-1090 (fax)
                                         mae@wmlaborlaw.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify Plaintiff's Notice of Appearance was electronically filed on

January 3, 2008.  I understand that all parties will receive notice of this filing from the

Court's electronic filing system.


<u>/s/ Molly A. Elkin</u>
Molly A. Elkin