UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            :
LEONARD C. GLENN,                           :
                                            :
       Plaintiff,                           :
                                            :
       -against-                           :    1:07 CV 02195 (RMU)
                                            :
SHEILA C. BAIR, CHAIRMAN                    :
FEDERAL DEPOSIT INSURANCE                   :
CORPORATION,                                :
                                            :
       Defendant.                           :
_____:

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, I, Molly Ann Elkin, a member of good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of Hope A. Pordy to represent Plaintiff Leonard C. Glenn in the above-referenced action.

As evidence by the attached declaration, Hope Pordy is a member of good standing of the Bar of the States of New York and New Jersey.  There are no pending disciplinary proceeding against Hope Pordy in any State or Federal court.

Dated:<u>January 7, 2008</u>                              Respectfully submitted,


                                                          <u>/s/ Molly A. Elkin</u>
                                                          Molly A. Elkin
                                                          Counsel
                                                          DC Bar No. 450295
                                                          Woodley & McGillivary
                                                          1125 15th Street NW
                                                          Suite 400
                                                          Washington, D.C. 20005
                                                          (202) 833-8855 (office)
                                                          (202) 452-1090 (fax)
                                                          mae@wmlaborlaw.com

CERTIFICATE OF SERVICE

     This is to certify Plaintiff's Motion to Admit Counsel Pro Hac Vice was electronically filed on January 7, 2008.  I understand that all parties will receive notice of this filing from the Court's electronic filing system.

                    /s/ Molly A. Elkin
                      Molly A. Elkin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
LEONARD C. GLENN,                   :
                                    :
    Plaintiff,                      :
                                    :
    -against-                      :    1:07 CV 02195 (RMU)
                                    :
SHEILA C. BAIR, CHAIRMAN            :
FEDERAL DEPOSIT INSURANCE           :
CORPORATION,                        :
                                    :
    Defendant.                      :
_____ :

## DECLARATION OF MOLLY ELKIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Molly Elkin, being duly sworn hereby deposes and says as follows:

1. I am a Partner at Woodley & McGillivary, local counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Hope Pordy as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the District of Columbia, and was admitted to practice law in 1993. I am a member in good standing in this Court.

3. Ms. Pordy is an attorney at Spivak Lipton LLP in New York, New York. Ms. Pordy has not previously been admitted pro hac vice in this Court.

4. As evidenced by the attached Declaration, Hope Pordy is a member in good standing in each State Bar where she is admitted to practice. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction and counsel is familiar with the local rules of this Court.

5. I respectfully submit a proposed order granting the admission of Hope Pordy, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Hope Pordy, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

/s/ Molly A. Elkin
Molly Ann Elkin
Counsel
DC Bar No.: 450295
Woodley & McGillivary
1125 15th Street NW
Suite 400
Washington, D.C. 20005
(202) 833-8855 (office)
(202) 452-1090 (fax)
mae@wmlaborlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        :
LEONARD C. GLENN,                       :
                                        :
      Plaintiff,                        :
                                        :
      -against-                        :   1:07  CV  02195  (RMU)
                                        :
SHEILA C. BAIR, CHAIRMAN                :
FEDERAL DEPOSIT INSURANCE               :
CORPORATION,                            :
                                        :
      Defendant.                       :
_____:

## DECLARATION OF HOPE A. PORDY

    I, Hope A. Pordy, declare under penalty of perjury that the following is true and correct:

    1.    I am a partner in the law firm of Spivak Lipton LLP.  My business address is 1700 Broadway, 21st Floor, New York, New York 10019.  My business telephone number is (212) 765-2100.

    2.    I am admitted to practice before the highest court of these states: New York and New Jersey.

    3.    I am admitted to practice before these federal courts: United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court of New Jersey, and the United States Court of Appeals, Second Circuit.

2

    4.    No disciplinary or grievance proceedings have been filed or are pending against me in any court.

    5.    I have never been admitted pro hac vice in this court.

    6.    I do not practice law from an office located in the Disctrict of Columbia.

Dated: January 7, 2008                          /s/ Hope A. Pordy
                                                        Hope A. Pordy

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
LEONARD C. GLENN,                   :
                                    :
        Plaintiff,                  :
                                    :
    -against-                       :      1:07 CV 02195 (RMU)
                                    :
SHEILA C. BAIR, CHAIRMAN            :
FEDERAL DEPOSIT INSURANCE           :
CORPORATION,                        :
                                    :
        Defendant.                  :
_____ :


**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Molly Elkin, local counsel for Leonard C. Glenn and said Sponsor Attorney's Affidavit in support;

IT IS HEREBY ORDERED, that

>Hope A. Pordy
>Spivak Lipton LLP
>1700 Broadway, 21st Floor
>New York, New York 10019
>(212) 765-2100
>(212) 765-8954
>hpordy@spivaklipton.com

is admitted to practice pro hac vice as counsel for Leonard C. Glenn in the above captioned case in the United States District Court for the District of Columbia. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to

the Electronic Case Filing (ECF) password at www.dcd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

    Dated this ___ day of _____, 2008

                                                                                   UNITED STATES DISTRICT JUDGE