UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEONARD C. GLENN,

    Plaintiff,

-against-    Case No.: 1:07-CV-02195-RMU

SHEILA C. BAIR, CHAIRMAN
FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Defendant.

## JOINT LOCAL RULE 16.3 REPORT

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3, the parties, through respective counsel, submit the following report:

A. **Statement of the Case**

This is an age discrimination and retaliation action brought by Plaintiff Leonard C. Glenn against his employer, the Federal Deposit Insurance Corporation ("FDIC"). Defendant Sheila C. Bair ("Bair") is the Chairman of the FDIC. Bair, in her official capacity as Chairman of the FDIC is properly named as the Defendant in this action on behalf of the FDIC in accordance with 42 U.S.C. § 2000e-16(c). In this action, Plaintiff alleges that defendants discriminated against him on the basis of age in violation of the Age Discrimination of Employment Act of 1967 ("ADEA"), as amended, 29 U.S.C. §§ 621 *et seq.* and retaliated against him for engaging in protected activity within the meaning of Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended 42 U.S.C. §§2000e *et seq.*

1

Plaintiff has asserted that jurisdiction is conferred upon the Court pursuant to 28 U.S.C. §§ 1331, 1332 and 1346; the Age Discrimination in Employment Act of 1967 ("ADEA"), as amended, 29 U.S.C. § 626(c); and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e. Defendant admits that this is a civil action arising under the Age Discrimination in Employment Act ("ADEA"), as amended, 29 U.S.C. §§ 621 et seq. and retaliation within the meaning of Title VII of the Civil Rights Act, 42 U.S.C. S 2000 *et. seq.*

B. **Local Civil Rule 16.3(c) Matters**

1. Case Scheduling: The parties disagree as to whether this case is likely to be disposed of by dispositive motion. Defendant believes that the facts and claims in the case can be fully adjudicated by a motion for summary judgment pursuant to Rule 56(b) of the Federal Rules of Civil Procedure. Plaintiff believes that there are genuine issues of material fact in dispute that must be resolved by a trier of fact.

2. Joinder/Amendment/Narrowing: The parties do not foresee at this time the need to join any parties. If an amendment is deemed necessary, Plaintiff shall file an amended pleading within two (2) weeks of the Rule 26 conference. The parties agree that the factual and legal issues are narrowly tailored for the nature of the case.

3. Assignment to Magistrate Judge: The parties agree that this case should not be assigned to a magistrate judge.

4. Settlement Possibility: Defendant does not see the possibility of settlement at this time. However, the parties will continue to be open to settlement discussions.

5. Alternative Dispute Procedures: The parties do not believe that this case would benefit from the Court's ADR procedures.

6. <u>Dispositive Motions:</u> As set forth in Paragraph 1, Defendant will seek to have this case adjudicated by dispositive motion. The parties agree to the following briefing schedule: Defendants shall file a motion for summary judgment on the sixtieth day following the close of discovery; Plaintiff shall file his opposition to Defendant's motion for summary judgment on the forty-fifth day following the filing receipt of the Defendant's motion papers; and Defendant shall file its reply papers, if any, on the thirtieth day following the filing receipt of Plaintiff's opposition papers.

7. <u>Initial Disclosures:</u> The parties agree that they will comply with their initial disclosure obligations pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. However, the parties seek to exchange their disclosures thirty (30) days after the Rule 26 conference, i.e., March 12, 2008.

8. <u>Discovery:</u> The parties agree to a six (6) month period for discovery, and that all discovery, including answers to interrogatories, document production, requests for admissions and depositions should be completed by August 9, 2008. Should sensitive personal and/or medical information be exchanged during the course of discovery in this case, the parties will submit an appropriate protective order for the Court's approval.

9. <u>Experts:</u> The parties propose that plaintiff's expert disclosure be served by April 11, 2008. The parties propose that defendant's expert disclosure should be served within 45 days after service of plaintiff's expert disclosures.

10. <u>Class Action Procedures:</u> Not applicable to this case (e.g., class actions).

11. <u>Bifurcation of Discovery or Trial:</u> The parties agree that no bifurcation or phasing of the case is necessary.

12. <u>Proposed Date for the Pretrial Conference:</u>  If the case is disposed of by motion, a pretrial conference will not be necessary in this case. If the case is not disposed of by motion, the parties request a pretrial conference sixty (60) days after the date of the decision on the motion.

13. <u>Trial Date:</u>  If the case is not disposed of by motion, the parties request that a trial date be set at the pretrial conference.

Dated: February 1, 2008


Respectfully submitted:

| | |
|---|---|
| _/s/ Molly A. Elkin_ | _/s/ Patricia Davison-Lewis_ |
| Molly A. Elkin | Patricia Davison-Lewis |
| D.C. Bar No. 450295 | D.C. Bar No. 414 378 |
| Woodley & McGillivary | Counsel, Legal Division |
| 1125 15th Street, NW Suite 400 | Federal Deposit Insurance Corporation |
| Washington, D.C. 20005 | 3501 N. Fairfax Drive (VS-E6010) |
| (202) 833-8855 (phone) | Arlington, VA 22226 |
| (202) 452-1090 (fax) | (703) 562-2304 (phone) |
| mae@wmlaborlaw.com | (703) 562-2482 (fax) |
| | pdavison-lewis@fdic.gov |
| | |
| Hope A. Pordy | Tina Lamoreaux |
| Admitted *Pro Hac Vice* | D.C. Bar No. 375762 |
| Spivak Lipton LLP | Counsel, Legal Division |
| 1700 Broadway, 21st Floor | Federal Deposit Insurance Corporation |
| New York, NY 10019 | 3501 N. Fairfax Drive (VS-E6010) |
| (212) 765-2100 (phone) | Arlington, VA 22226 |
| (212) 541-5429 (fax) | (703) 562-2304 (phone) |
| hpordy@spivaklipton.com | (703) 562-2468 (fax) |
| | tlamoreaux@fdic.gov |