**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

LEONARD C. GLENN,  :
                   :
        Plaintiff, :
                   :
   -against-       :    1:07- CV-2195-RMU-JMF
                   :
SHEILA C. BAIR, CHAIRMAN :
FEDERAL DEPOSIT INSURANCE :
CORPORATION,       :
                   :
        Defendant. :
_____:

**JOINT MOTION TO EXTEND DISCOVERY AND ADJOURN**
**INTERIM STATUS HEARING AND SETTLEMENT CONFERENCE**

Plaintiff, LEONARD C. GLENN, and Defendant, SHEILA C. BAIR, Chairman of the Federal Deposit Insurance Corporation, by and through their counsel, hereby jointly request that discovery, now scheduled to close on August 11, 2008, be extended to September 26, 2008, and that the Interim Status Hearing and Settlement Conference presently scheduled for August 18, 2008, be adjourned to October 3, 2008, or a date thereafter. This is the parties' first request for an adjournment in this matter.

This request is being made to accommodate the scheduling of depositions. In light of previously scheduled work commitments of counsel and Plaintiff, as well as summer travel schedules, the parties were able to identify August 28 and 29, 2008 as mutually convenient dates for five (5) depositions noticed by Plaintiff. The original Notices of Deposition requested that the witnesses appear on July 30, 31 and August 1, but counsel for the FDIC is unavailable due to business-related travel.

The parties have already served, and partially responded to, discovery requests. However, in order to assure that any additional discovery issues which may arise from the depositions can be timely addressed within the discovery period, the parties are seeking a discovery due date approximately thirty (30) days from the date of the last deposition, i.e., September 26, 2008, as well as an adjournment of the Interim Status Hearing and Settlement Conference until at least one (1) week after the close of discovery.

In light of the foregoing, on behalf of the parties, the undersigned counsel respectfully request that the Court issue the proposed Order annexed hereto and set September 26, 2008 as the close of discovery, and October 3, 2008, or a date thereafter that is agreeable to the Court, for the Interim Status Hearing and Settlement Conference.

Dated: July 2, 2008

Respectfully submitted:

| | |
|---|---|
| /s/_____ | /s/_____ |
| Molly A. Elkin | Patricia Davison-Lewis |
| D.C. Bar No. 450295 | D.C. Bar No. 414 378 |
| Woodley & McGillivary | Counsel, Legal Division |
| 1125 15th Street, NW Suite 400 | Federal Deposit Insurance Corporation |
| Washington, D.C. 20005 | 3501 N. Fairfax Drive (VS-E6010) |
| (202) 833-8855 (phone) | Arlington, VA 22226 |
| (202) 452-1090 (fax) | (703) 562-2304 (phone) |
| mae@wmlaborlaw.com | (703) 562-2482 (fax) |
| | pdavison-lewis@fdic.gov |
| | |
| Hope A. Pordy | Tina Lamoreaux |
| Admitted *Pro Hac Vice* | D.C. Bar No. 375762 |
| Spivak Lipton LLP | Counsel, Legal Division |
| 1700 Broadway, 21st Floor | Federal Deposit Insurance Corporation |
| New York, NY 10019 | 3501 N. Fairfax Drive (VS-E6010) |
| (212) 765-2100 (phone) | Arlington, VA 22226 |
| (212) 541-5429 (fax) | (703) 562-2304 (phone) |
| hpordy@spivaklipton.com | (703) 562-2468 (fax) |
| | tlamoreaux@fdic.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   :
LEONARD C. GLENN,                  :
                                   :
          Plaintiff,               :
                                   :
    -against-                      :    1:07  CV  02195  (RMU)
                                   :
SHEILA C. BAIR, CHAIRMAN           :
FEDERAL DEPOSIT INSURANCE          :
CORPORATION,                       :
                                   :
          Defendant.               :
_____:

### ORDER TO EXTEND DISCOVERY AND ADJOURN
### INTERIM STATUS HEARING AND SETTLEMENT CONFERENCE

**IT IS HEREBY ORDERED**, that upon the parties' joint motion to extend discovery and adjourn the Interim Status Hearing and Settlement, discovery shall close on September 26, 2008 and the Interim Status Hearing and Settlement Conference will take place on October 3, 2008, or a date thereafter as ordered by this Court.


Dated: _____, 2008


                                        _____
                                        UNITED STATES DISTRICT JUDGE

3